CHARLES LYONS, Respondent, v. TERMINAL TRUCKING CO., INC., Appellant,— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARGARET COMER, Appellant, v. REBECCA MINTZER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MICHAEL COMER, Appellant, v. REBECCA MINTZER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY (LIMITED), Respondent, v. STATE TAX COMMISSION, Appellant. THE CITY OF NEW YORK, Intervenor, Appellant. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY (LIMITED), Respondent, v. STATE TAX COMMISSION, Appellant. THE CITY OF NEW YORK, Intervenor, Appellant. (Taxes of 1914.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

JOHN MADDEN, an Infant, by LAURA MADDEN, His Guardian ad Litem, Respondent, v. STERN BROS., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LAURA MADDEN, Respondent, v. STERN BROS., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BILWOL MANUFACTURING CO., INC., Appellant, v. R. E. WATHEN & COMPANY, INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PEER GARAGES, INC., Appellant, v. F. B. M. GARAGE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

S. LIEBOVITZ & SONS, INC., Suing on Behalf of Themselves, etc., Respondent, v. ROSENBERG-NEUGASS COMPANY and Others, Defendants, Impleaded with HENRY B. TWOMBLY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

S. LIEBOVITZ & SONS, INC., Suing on Behalf of Themselves, etc., Respondent, v. ROSENBERG-NEUGASS COMPANY and Others, Defendants, Impleaded with ALLAN MACFARLAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANARIG TIMOURIAN, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NICHOLAS BUCCI, as Receiver, etc., Respondent, v. ALEXANDER T. HUSSEY, Substituted as Defendant in Place and Stead of EMPIRE TRUST COMPANY,